Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan (Bar No. 285384)
Email: jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 437-8665
Facsimile:   (310) 943-2085

Attorneys for Plaintiff,
LICKERISH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(h) SUBPOENA TO CHOOPA LLC | Misc. Action No.<br><br>**DECLARATION OF NIGEL WILLIAMS IN SUPPORT OF PETITIONER LICKERISH, INC.'S REQUEST TO CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS** |
|---|---|

**DECLARATION OF NIGEL WILLIAMS ISO ISSUANCE OF DMCA 512(h) SUBPOENA**

I, Nigel Williams, declare and state as follows:

1. I am a principal and director of Lickerish, Inc. ("Lickerish"). I have personal knowledge of the facts contained in this declaration and, if called to testify, could and would testify competently thereto.

2. Lickerish is high quality photographic syndication company that specializes in celebrity portraiture, fashion, and beauty images. Its works feature some of the most recognizable individuals in the world, including Mr. Richard Guaty, who is a noted international photographer and whose work focuses on lifestyle and fashion. Mr. Guaty authored photographs of Kelly Rohrbach, which have been licensed for significant money.

3. Lickerish owns the copyright to the timely registered photos contained in VA 1-987-025. The photos, and all rights, title and interests therein, including the copyrights therein, were assigned by Mr. Guaty to Lickerish, Inc. effective on or about October 6, 2016. Those photos are at issue in a ligation Lickerish, Inc., filed against Hollywood Tuna in this district. *See Lickerish, Inc. v. Hollywood Tuna,* 2:18-cv-04106.

4. Hollywood Tuna has also infringed other photographs for which Lickerish is the owner of an exclusive right. True and correct copies of some of those additional infringements are attached hereto as Exhibit A. The infringements appear on the website www.hollywoodtuna.com and appear to be stored on servers owned by Choopa LLC.

5. I submit this declaration in support of my request for issuance to Choopa, LLC of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer or infringers who posted photos which infringe the copyrights to the Photos (the "Infringing Content") on their servers.

6. On or about December 12, 2018, December 14, 2018, and December 17, 2018 Lickerish issued a take-down notification letter pursuant to Section 512 of Title 17 of the U.S. Code (as enacted by the "Online Copyright Infringement Liability Limitation Act" as part of the DMCA") to Choopa LLC. Attached hereto as Exhibit B to this Declaration is a true and correct copy of the takedown notifications. Attached as Exhibit C is a true and

correct copy of a screenshot taken from the "who is" information of www.hollywoodtuna.com that states that Choopa provides the servers for Hollywood Tuna, and attached as Exhibit D is a true and correct copy of a screenshot taken from the Choopa website that demonstrates Choopa LLC owns and operates those servers. Choopa, LLC and Choopa.com are registered as alternate names for Vultr Holdings Corporation, and, as such, I directed the DMCA takedown notifications to Vultr' designated agent with the Copyright Office, dmca@vultr.com. Attached as Exhibit E is a true and correct copy of a screenshot taken from the Copyright Office's DMCA agent directory which shows that Choopa's designated agent may be emailed at dmca@vultr.com.

     7.    The purpose for which this DMCA Subpoena is being sought is to obtain the identity of an alleged infringer or infringers, and such information will only be used for the purpose of protecting my copyright interests under Title 17 of the United States Code.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on December 17, 2018, in London, England.

*/s/ N. Williams*

2

**DECLARATION OF NIGEL WILLIAMS ISO ISSUANCE OF DMCA 512(h) SUBPOENA**